**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JULIE EDWARDS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:19-cv-00258** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Julie Edwards, and Defendant, Liberty Life Assurance Company of Boston, hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice. Absent such a dismissal, the Parties stipulate that Defendant's answer deadline is extended 21 days to October 21, 2019.

Dated this 30th day of September 2019.

Respectfully submitted,

By: /s/ Michael J. Hoover
Michael J. Hoover
LA Bar # 35497

INTERPLEADER LAW, LLC
9015 Bluebonnet Blvd
Baton Rouge, LA 70810
PH: (225) 246-8706
Email: michael.hoover@interpleaderlaw.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Michael J. Hoover
Email: michael.hoover@interpleaderlaw.com

| | |
|---|---|
| September 30, 2019 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |