**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JULIE EDWARDS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-CV-00258-JRG-RSP |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The Court has been advised through the Joint Notice of Settlement (Dkt. No. 3) that the parties have settled this case and have agreed that this action, including the main demand and the counterclaim, should be dismissed. The final motion to dismiss should be submitted on or before 30 days from the date of this Order. If the parties are unable to comply with this directive, they shall file the appropriate motion requesting additional time.

The parties also stipulated that Defendant's answer deadline is extended until October 21, 2019 in the event that the case is not dismissed. After consideration, the Court **APPROVES** of this stipulation.

**SIGNED this 2nd day of October, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE