**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JULIE EDWARDS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:19-cv-00258-JRG-RSP** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL UNDER RULE 41

Plaintiff Julie Edwards , pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby gives notice of the dismissal of the above-captioned matter, with prejudice, with each party to bear their own cost and attorney fees. This Notice is based on the fact that Liberty Life Assurance Company of Boston has not filed and answer or a motion for summary judgment.

Dated this 15th day of October, 2019.

Respectfully submitted,

*/s/ Michael J. Hoover*

Michael J. Hoover
LA Bar No. 35497
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Phone: (225) 246-8706
Email: michael.hoover@interpleaderlaw.com
Attorney for Plaintiff, Julie Edwards

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I caused a copy of the foregoing to be filed electronically using the CM/ECF System. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Michael J. Hoover*
Michael J. Hoover