**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JULIE EDWARDS,<br><br>*Plaintiff*,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:19-cv-00258-JRG-RSP |

**ORDER**

Before the Court is Plaintiff Julie Edwards' Notice of Dismissal. (Dkt. No. 5.) The Notice of Dismissal was filed before Defendant Liberty Life Assurance Company of Boston filed any answer or motion for summary judgment, and the Notice of Dismissal informs the Court of Edwards' dismissal of the above-captioned matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (*Id.*) The Notice of Dismissal also states that each party will bear their own costs and attorneys' fees. (*Id.*)

After consideration, the Court **APPROVES** Plaintiff Julie Edwards' Notice of Dismissal as it complies with the requirements Fed. R. Civ. P. 41(a)(1)(A)(i). It is therefore **ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear their own costs and attorneys' fees. The Clerk is directed to close this case.

**So Ordered this**
**Oct 18, 2019**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE